# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

146218

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LARRY J. WINGET and ALICIA J. WINGET,
      Petitioners-Appellants,

v

SC: 146218
COA: 302190
Tax Tribunal: 00-319852

DEPARTMENT OF TREASURY,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Malpass v Dep't of Treasury* (Docket Nos. 144430-2) and *Wheeler Estate v Dep't of Treasury* (Docket Nos. 145367-70) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325